(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**FILED**
SEP -3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) __Shaun Metts    364290__
(Name of Plaintiff)        (Inmate Number)

__Po Box 9561 Wilm, DE 19809__
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)        (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __PHill morgan__

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 08 - 558
: (Case Number)
: ( to be assigned by U.S. District Court)
:
: **CIVIL COMPLAINT**
:
: • • Jury Trial Requested

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__NONE__

_____

_____

_____

_____

_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ☑ Yes  ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ☑ Yes  ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? I have put in A medical Greivance and A institutional Greivance.

2. What was the result? No one has contacted me and Im Getting more and more bump's

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Phill morgan
Employed as Worden at HRYCI
Mailing address with zip code: P.O Box 9561 Wilm DE 19809

(2) Name of second defendant: None
Employed as _____ at _____
Mailing address with zip code: _____

(3) Name of third defendant: None
Employed as _____ at _____
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I have Been getting Bumb's on my Back from the Iron in the water. I have Black Spots all over my shoulder's Neck and Back. I did Not have No Bumb's Before my incarceration. IN 4-20-08

2. I went to Sick call then the doctor prescribed me Tracycline he told me this medication is to treat my Bumb's But it is Not working This is why I put the medical Grievance in.

3. I have written The worden and have Not Recieved A Response. And I have Already Put in A institutional Greivance without getting a Response. Grievance in 07-2008 wrote worden in 08-2008

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would Like the court's to file this motion on my Behalf. So I may Bring my case in front of A Jury.

3

2. Because of These Bumps I am Left with scars and Black macks from The Iron in the water. The water here is tinted Brown.

3. 

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18th__ day of __Augest__, 2_008_.

_Shaun Metty_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4





Shaun metts
P.O Box 9561
Wilm DE 19809
SBI 364290

Clerk
U.S District Court
Lock Box 18
844 N. King Street
Wilm, DE 19801